DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IVETTE TEJEIRO,**
Appellant,

v.

**TOWER MSA PARTNERS, LLC** and **KRISTINE WILSON,**
Appellees.

No. 4D20-2742

[January 27, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 50-2019-CA-001023-XXXX-MB.

Chad E. Levy of the Law Offices of Levy & Levy, P.A., Sunrise, for appellant.

Elizabeth W. Neiberger and Ranjiv Sondhi of Bryant Miller Olive, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***